SPRING 1811.
First District.

ASTON
*vs.*
MORGAN.

### *ASTON* vs. *MORGAN*.

THE plaintiff having obtained leave to amend his petition, and having done so, since the last term, and the defendant having filed no new answer, the cause was set down for trial.

After amended petition, new answer before issue.

*Ellery* for the defendant. It was improperly set down for trial, for the parties were not at issue. The plaintiff for want of an answer, might have taken judgment.

SPRING 1811.
First District.

ROBINSON
*vs.*
DRURY.

*Smith* for the plaintiff. The defendant was not necessarily bound to file a new answer, and if he forebore doing so, the plaintiff might consider the former answer as an answer to the amended petition.

*By the Court.* When the plaintiff withdraws his petition for amendment, the pleadings, on the return of it, must be made anew, and if the defendant attempts to delay the plaintiff improperly, he is to be quickened by the same means as in the beginning of the suit.

LEAVE TO ANSWER.